UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-01698-JLS |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING |
| v. | |
| ALEXIS SEVILLA MESA, RICARDO CHAVEZ VAZQUEZ, ARTURO SOTO PERAZA, | |
| Defendants. | DATE: 9/15/23 @ 1:30 pm COURTROOM 4D |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the joint motion for an Order continuing the motion hearing and trial setting scheduled for September 15, 2023 at 1:30 p.m. to October 13, 2023 at 1:30 p.m. is GRANTED.

Time under the Speedy Trial Act shall be excluded.

IT IS SO ORDERED.

Dated: 08/29/2023

HON. JANIS L. SAMMARTINO
Judge, U.S. District Court